# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
KIM F. LEFEBVRE - CLERK

| ALBANY DIVISION | SYRACUSE DIVISION | UTICA DIVISION |
|---|---|---|
| JAMES T. FOLEY COURTHOUSE | JAMES M. HANLEY FEDERAL BUILDING | ALEXANDER PIRNIE FEDERAL BUILDING |
| 445 BROADWAY, SUITE 330 | 100 S. CLINTON ST, ROOM 315 | 10 BROAD ST, ROOM 230 |
| ALBANY, NEW YORK 12207 | PO BOX 7008 | UTICA NEW YORK 13501 |
| (518) 257-1661 | SYRACUSE, NEW YORK 13202-7008 | (315) 793-8101 |
| Fax:(518) 257-1650 | (315) 295-1600 | Fax:(315) 793-8128 |
|  | Fax:(315) 295-1655 |  |

REPLY: Syracuse

To: Mary Lannon Fangio
From: Clerk, Bankruptcy Court
By: Tom Schaaf
Deputy Clerk

Date: May 8, 2013
Debtor: James and Sylvia Heppler
Case No: 07-32195

RE: RETURN OF MONIES AND/OR RELATED PAPERS

Monies in the amount of $ 4.68 _____ and/or related papers received by this office are being returned for the reason(s) noted below.

## Return of Monies Only

- ☐ Debtor's check, including checks generated by an on-line bill paying service, are not accepted for payments. Please submit a money order or cashier's check;
- ☐ Check or money order not signed. Please sign and return;
- ☐ Incorrect payee. Resubmit payment made payable to "Clerk, United States Bankruptcy Court";
- ☐ Incorrect payment amount. Correct amount due is $_____;
- ☐ There is an order granting IFP status, therefore no payment is required per terms of the order;
- ☐ No fee required for this service or document;
- ☐ Chapter 13 plan payments must be mailed to the Chapter 13 Trustee's payment address;
- ☒ Other: Need to have separate checks for each creditor re: unclaimed funds or one check with all creditors listed individually with addresses

## Return of Documents without Filing

- ☐ Case name and/or number do not match a debtor in the Northern District of New York;
- ☐ For a search request, a fee of $26.00 for each name/item is required. A search request form is attached.
  - If you do not need a written response, some, or all, of the requested information may be available free of charge for cases filed after August 1, 1992 in the following manner:
    ▸ By calling the Voice Case Information System at 1-800-206-1952 and following the prompts;
    ▸ By calling our office at one of the numbers in the letterhead.
- ☐ Other:_____

Note Concerning Pleadings Returned without Filing: In the event you noticed a hearing, it is your responsibility to advise parties that a hearing will not be held.

F:17(02/01/2010)

Rabobank, N.A.
901 E Thousand Oaks Blvd, Ste 30A, Thousand Oaks, CA 91360

Mary Lannon Fangio
247-253 West Fayette, 3rd Floor
Syracuse NY 13202

Regarding
HEPPLER, JAMES A. HEPPLER, SYLVIA E. (07-32195-MCR) PHONE ( ) -
5002282965
COMBINED SMALL CHECK

11041
90-3715/1222

VOID AFTER 90 DAYS

TID # 520960

Date 05/07/2013

$ ************4.68

*---Four Dollars and 68/100

Pay to the   U.S. Bankruptcy Court
Order of    100 S. Clinton Street
            Syracuse NY 13621

Mary Lannon Fangio, Trustee

⑴000011041⑴ ⑴122237159⑴ 5002282965⑴